UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY J. MORALES,

       Plaintiff,                   Case No. 13-cv-13044
                                       Hon. Matthew F. Leitman

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

       Defendants
_____/

**<u>ORDER DISMISSING PLAINTIFF'S
COMPLAINT (ECF No. 1) WITHOUT PREJUDICE</u>**

On July 16, 2013, Plaintiff Jeffrey J. Morales filed this action against Defendant Portfolio Recovery Associates, LLC. (*See* Compl., ECF No. 1.)  His Complaint was subsequently transferred to the United States District Court for the Southern District of California for further proceedings as part of a multi-district litigation that was pending in that forum. (*See* Order, ECF No. 6.)

On December 12, 2023, the Southern District of California returned Morales' action to this Court. (*See* Order, ECF No. 8.)  Upon return of the case to this forum, the Court sent two orders to Morales. (*See* Orders, ECF Nos. 10, 11.)  Both orders have since returned to the Court as undeliverable. (*See* ECF Nos. 12, 13.)  Thus, it appears that Morales has failed to provide the Court his current mailing address as required by Local Rule 11.2. *See* E.D. Mich. Local Rule 11.2 (explaining that "[i]f

1

there is a change in the contact information, [a party] promptly must file and serve a notice with the new contact information" and warning parties that "[t]he failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment, and costs").

The failure by a plaintiff to update his contact information is not a mere technical violation of the rules.  Without a current address or accurate contact information, the Court has no way of administering this civil action.

Accordingly, because Morales has failed to comply with Local Rule 11.2 by updating his current address, **IT IS HEREBY ORDERED** that Morales' Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 2, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 2, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126