UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY J. MORALES,

        Plaintiff,                            Case No. 13-cv-13044
                                                   Hon. Matthew F. Leitman

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

        Defendants

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is

**DISMISSED WITHOUT PREJUDICE**.

                                     KINIKIA ESSIX
                                      CLERK OF COURT

               By:    s/Holly A. Ryan_____
                                   Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 2, 2024
Detroit, Michigan

1